

# NUMBER 13-15-00263-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS DEPARTMENT OF PUBLIC SAFETY,                                    Appellant,

v.

GABRIELA NOEHMI GARZA,                                                Appellee.

### On appeal from the 107th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, Texas Department of Public Safety, perfected an appeal from an order of expunction entered by the 107th District Court of Cameron County, Texas on December 15, 2014 in cause number 2014-DCL-6585-A.    Appellant has filed a motion to dismiss this appeal on grounds that, for the sake of judicial economy, it no longer wishes to appeal

this case.   Appellee, Gabriela Noehmi Garza, is not opposed to the motion to dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of July, 2015.